NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
BRENDAN T. MOCKLER (CBN 302083)
Assistant United States Attorney
Chief, Financial Litigation Section
    Federal Building, Suite 7516AA
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone: (213) 894-5707
    Fax: (213) 894-7819
    Email: Brendan.Mockler@usdoj.gov

JS6

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALBERT PAUL AYALA III,<br><br>    Defendant. | No. CV 20-7998-RGK<br><br>[CR 11-0301-RGK]<br><br>**FINAL ORDER OF CONTINUING GARNISHMENT**<br><br>[VOYA RETIREMENT INSURANCE AND ANNUITY COMPANY]<br><br>[28 U.S.C. § 3205(c)(7)] |

///

///

///

Pursuant to the request of plaintiff United States for a final order of continuing garnishment as to garnishee Voya Retirement Insurance and Annuity Company, and for good cause shown, IT IS ORDERED that:

Garnishee shall pay immediately to the United States, as instructed in this Order, all funds that it has been obligated to "withhold and retain" since the date it was served with the writ of continuing garnishment, together with all future allotments. See 28 U.S.C. § 3205(c)(2)(F).

Garnishee shall make payment(s) by sending cashier's or corporate check(s) or money order(s) made payable to the "Clerk, United States District Court" to following address:

> **Clerk's Office**
> **United States District Court**
> **255 East Temple Street, 11th Floor**
> **Los Angeles, CA 90012-4708**
> **ATTN: Fiscal Department**

The Memo line on the check(s) or money order(s) must include the criminal case name and number and the name of defendant Albert Paul Ayala III (i.e., United States v. Albert Paul Ayala III, CR 11-0301-RGK).

DATED: December 1, 2020

_____
UNITED STATES DISTRICT JUDGE

cc: fiscal clerk